**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC BUFORD, as husband, Next Friend and | ) | |
| Special Represenative of the estate of | ) | |
| SHERRY WALKER BUFORD, deceased, | ) | |
| Plaintiff, | ) | 08 C 214 |
| | ) | |
| v. | ) | Judge KOCORAS |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Brown |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND**
**THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation

Counsel, respectfully asks this Honorable Court for an extension of time up to and including

March 21, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1.    This matter was filed on January 7, 2008, in the United States District Court,

Northern District of Illinois.  On January 30, 2008, Corporation Counsel for the

City of Chicago received a copy of the summons and the complaint.

2.    The undersigned was assigned to the case on February 21, 2008, and has not yet

received any of the Chicago Police Department records to enable Defendant to

properly respond to Plaintiff's Complaint.

3.    This motion is Defendant's first request for an extension of time to answer or

otherwise plead.  Such a request will not unduly delay the resolution of the

disputed issues, nor will it prejudice the plaintiff.

4.    Plaintiff's counsel was informed of this motion on February 21, 2008, and agrees

with its terms.

**WHEREFORE**, Defendant City, respectfully asks for an order extending the time to

answer or otherwise plead to March 21, 2008.

Respectfully Submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:     **/s/ Rita Moran**
RITA MORAN
Assistant Corporation Counsel
Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents,  on this 21st day of February, 2008.


/s/ Rita Moran
RITA MORAN