IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC BUFORD, as husband, Next Friend and Special Represenative of the estate of SHERRY WALKER BUFORD, deceased, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 214 |
| v. | ) ) | Judge KOCORAS |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kocoras, or before such other Judge sitting in her place or stead, on the 26th day of February, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

    **DATED** at Chicago, Illinois this 21st day of February 2008.

                                              MARA S. GEORGES
                                              CORPORATION COUNSEL
                                              CITY OF CHICAGO

                    BY:    /s/ Rita Moran
                                RITA MORAN
                                Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301