**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Sherry Walker Buford

                              Plaintiff,

v.                                                 Case No.: 1:08−cv−00214
                                                       Honorable Charles P. Kocoras

City of Chicago, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Charles P. Kocoras :City of Chicago's agreed motion [7] for an extension of time to 3/21/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 2/26/2008, is stricken. Status hearing is reset from 3/4/2008 at 3/26/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.