IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC BUFORD, as Husband, Next Friend and Special Representative of the Estate of Sherry Walker Buford, Deceased | ) ) ) ) | No.    08 C 0214 |
| Plaintiff, | ) ) | JUDGE KOCORAS |
| v. | ) ) | Magistrate Judge Brown |
| CITY OF CHICAGO, Illinois, a municipal Corporation, et al., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Steven M. Mondry, Esq.
      MONDRY & MONDRY
      1300 Maybrook Square
      Maywood, IL 60153

PLEASE TAKE NOTICE that on March 21, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:   /s/ Rita Moran
      RITA MORAN
      Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office *New*
(312) 744-3989 Fax
Attorney No. 06270301