UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| In the Matter of | Case: 08 C 0214 |
|---|---|
| ERIC BUFORD, as Husband, Next Friend and Special Representative of the Estate of Sherry Walker Buford, Deceased,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF CHICAGO, Illinois, a municipal Corporation, CHICAGO POLICE OFFICERS, T. WHITEHEAD, Star No. 17003, D. HUBBARD Star No. 11291, T.L. McMAHON, Star No. 26, J. SANCHEZ, Star No. 2220, S. POOLE, Star No. 10382, CAPTAIN McMAHON, ADS BROWN, OPS KOBEL, CALLAHAN, COMMANDER WILLIAMS, AND SEVERAL UNKNOWN CHICAGO POLICE OFFICERS, JAILERS, and CIVILIAN DETENTION AIDES,<br>　　　　　　　　　　Defendants. | JUDGE KOCORAS<br><br><br>Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANTS: T. Whitehead, D. Hubbard, J. Sanchez, S. Poole

| SIGNATURE | s/ Patricia J. Kendall |
|---|---|
| FIRM | Assistant Corporation Counsel<br>City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06195253 | TELEPHONE NUMBER<br>312.744.5170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |