UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sherry Walker Buford
                    Plaintiff,

v.                                         Case No.: 1:08−cv−00214
                                           Honorable Charles P. Kocoras

City of Chicago, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 7/24/2008. Defendants are given to 8/7/2008 to respond to the amended complaint. All discovery to be completed by 1/14/2009. Status hearing set for 1/14/2009 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.