UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ERIC BUFORD,** | ) | |
| | ) | No. 08 C 214 |
| **Plaintiff,** | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| City of Chicago, Illinois, et al., | ) | |
| | ) | Jury Demand |
| **Defendants.** | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Steven M. Mondry, Esq.           Patricia Kendall
     Mondry & Mondry                   30 N. LaSalle
     1300 Maybrook Square              Suite 1400
     Maywood, Illinois  60153          Chicago, IL 60602

**PLEASE TAKE NOTICE** that on this 7th day of August 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 7th day of August 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
for the City of Chicago

By: _____
RITA MORAN
Assistant Corporation Counsel

30 N. LaSalle St., 1020
Chicago, Illinois  60602
(312) 744-4939
(312) 744-3989 (Fax)
Attorney No. 06270301